

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-79,679-01; WR-79,679-02

## EX PARTE ISRAEL FUENTES, JR., Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
## CAUSE NOS. 11-04-04032-CR(1) & 13-01-00203-CR-1
## IN THE 359TH DISTRICT COURT FROM MONTGOMERY COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). In Cause number 13-01-00203-CR, Applicant pleaded guilty and was convicted of two counts of possession of a controlled substance and sentenced to five years' imprisonment for each count. Due to that conviction, his deferred adjudication supervision was revoked in cause number 11-04-04032-CR, his guilt adjudicated, and he was sentenced to five years' imprisonment for the assault of a public servant.

After Applicant pleaded guilty and was sentenced, the lab report from the Texas Department

of Public Safety revealed that no controlled substance was found.  Applicant alleges that the lab report shows that there was no evidence to show that he is guilty of the possession charge. The State and trial court agree that Applicant is entitled to relief in both cause numbers due to this report.

Applicant is entitled to relief. Relief is granted.  The judgment in Cause No. 13-01-00203-CR in the 359th Judicial District Court of Montgomery County is set aside.  The judgment adjudicating guilt in Cause No. 11-04-04032-CR in the 359th Judicial District Court of Montgomery County is also set aside.  Applicant is remanded to the Montgomery County Sheriff to answer the charges against him.  The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 26, 2013
Do Not Publish